IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN RANDALL JESUS ANGUIANO, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY, ) <br> **Commissioner of Social Security,** ) <br> ) <br> **Defendant.** ) <br> ) | CIVIL ACTION <br><br> No. 5:23-cv-04068-JWL |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order [Doc. 19] filed April 26, 2024, the Commissioner's decision be and hereby is **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated: April 26, 2024

SKYLER B. O'HARA
Clerk of the District Court

by:

/s/ Jeffrey S. Hokanson
Deputy Clerk